HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN A. VILLARRUEL, )<br><br>Plaintiff, )<br><br>v. )<br><br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br><br>Defendant. )<br>_____ ) | Case No. 3:19-CV-00517-LRH-WGC<br><br><br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, stipulate Plaintiff shall have

a thirty (30) day extension of time until June 1, 2021, in which to e-file his Motion for

Summary Judgment originally due on April 29, 2021.  Defendant shall file any opposition,

including cross-motion by July 1, 2021.  This request should have been made last week but

was not complete solely due to an unexpected personal matter for counsel's legal assistant.

Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.

Defendant has no objection and has stipulated to the requested relief.


Dated:   May 3, 2021                          */s/HARVEY P. SACKETT*
                                                      HARVEY P. SACKETT
                                                      Attorney for Plaintiff
                                                      JOHN A. VILLARRUEL

1

STIPULATION AND ORDER Case No. 3:19-CV-  00517-LRH-WGC

1   Dated: May 3, 2021                    /s/*ALLISON CHEUNG*
2                                          ALLISON CHEUNG
                                           Special Assistant U.S. Attorney
3                                          Social Security Administration
                                           [*As authorized by email 5/3/21]
4

5

6   IT IS ORDERED.

7

8

9   Dated: May 4, 2021
                                           William G. Cobb
10                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER Case No. 3:19-CV- 00517-LRH-WGC