UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN ANTHONY VILLARRUEL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>Defendant. | Case No.: 3:19-CV-00517-LRH-WGC<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 36) entered on December 14, 2021, recommending the Court grant Plaintiff's motion for remand (ECF No. 32); deny the Commissioner's cross-motion to affirm (ECF No. 33) and remand this matter for further proceedings primarily because the record is not fully developed. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that Magistrate Judge William G. Cobb's Report and Recommendation (ECF No. 36) entered on December 14, 2021, should be adopted and accepted.

    IT IS THEREFORE ORDERED that Magistrate Judge William G. Cobb's Report and Recommendation (ECF No. 36) entered on December 14, 2021, is ADOPTED and ACCEPTED.

    IT IS FURTHER ORDERED that Plaintiff's Motion for Remand (ECF No. 32) is GRANTED.

    IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm (ECF No. 33) is DENIED.

    IT IS FURTHER ORDERED that this matter is REMANDED for further proceedings consistent with the Report and Recommendation (ECF No. 36).

    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and close the case.

    IT IS SO ORDERED.

    DATED this 4th day of January, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE